UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

----------------------------------------------

*Robinson*

-v-

*Sotto, et al*

----------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-4589__

JUDGE: __KMW__

DATE: __June 25 2008__

*[Stamp: JUN 2 5 2008, S.D. of N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ----------------------------------------------

DOCUMENT DESCRIPTION                                          DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __25th__ Day of __June__, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
*Robinson*
-v-
*Scotto, et al*
---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-4589

JUDGE: KMW

DATE: June 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____                        _____
_____                        _____
_____                        _____
_____                        _____
_____                        _____
_____                        _____
_____                        _____
_____                        _____
_____                        _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of June In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

30/60, APPEAL, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-04589-KMW
### Internal Use Only

Robinson v. Scotto et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 05/19/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by David Robinson.(laq) (Entered: 06/02/2008) |
| 05/19/2008 | 2 | COMPLAINT against Catherine O'Hagan Wolfe, Rene Cooper, John Buckley, Michael Scotto, Charles King, Records Access Officer, Nicholas Reina, James Russo, William Martin, James Yates, John Doe. Document filed by David Robinson.(laq) (Entered: 06/02/2008) |
| 05/19/2008 | 3 | 60 DAYS ORDER, The Court grants plaintiff's request to proceed in forma pauperis. For the reasons set forth in this order, plaintiff is directed to submit an amended complaint within 60 days of the date of this order.Plaintiff is granted to leave to amend his complaint only with respect to a possible denial of access to the court claim, and he should name only those defendants he believes were personally involved in the events giving rise to that claim. The amended complaint must be submitted to this Court's Pro Se within 60 days of the date of this order, be captioned as an "AMENDED COMPLAINT" and bear the same docket number as this order. Plaintiff is advised that his amended complaint will completely replace his original complaint. In addition, plaintiff must attach a copy of this order to his amended complaint. No summon shall issue at this time and all further proceedings shall be stayed for 60 days or until plaintiff has complied with this order. If plaintiff fails to comply with this order within the time allowed or show good cause why he cannot comply, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. The Court declines to rule on the order to show cause until plaintiff files an amended complaint. The Court certifies pursuant to 28 U.S.C.1915(a)(3), that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 5/19/08) (laq) (Entered: 06/02/2008) |
| 05/19/2008 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 06/02/2008) |
| 06/02/2008 | 4 | NOTICE OF INTERLOCUTORY APPEAL from 3 Order 60 Days Amended Complaint (case opening). Document filed by David Robinson. Copies mailed to attorney(s) of record: District Attorney, NYC. (tp) (Entered: 06/25/2008) |
| 06/02/2008 | | Appeal Remark as to 4 Notice of Interlocutory Appeal filed by David Robinson. $455.00 APPEAL FEE DUE. (tp) (Entered: 06/25/2008) |
| 06/25/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Interlocutory Appeal. (tp) (Entered: 06/25/2008) |
| 06/25/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Interlocutory Appeal. (tp) (Entered: 06/25/2008) |